462 A.2d 207

**COMMONWEALTH of Pennsylvania, Appellant at No. 80-3-783,**

v.

**Tyrone JONES, Appellant at No. 80-3-785.**

Supreme Court of Pennsylvania.

Argued April 22, 1983.

Decided July 5, 1983.

Eric B. Henson, Deputy Dist. Atty. and Marianne Cox, Asst. Dist. Atty., for the Com.

Eugene E. Kellis, Philadelphia, for Jones.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

The appeals are quashed as having been taken from an interlocutory order.

446

Record remanded to the Court of Common Pleas of Philadelphia.